**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUDWIG JUAREZ,<br><br>        Petitioner,<br><br>   vs.<br><br>M. STAINER, WARDEN,<br><br>        Respondent. | CASE NO. CV 11-10410 GW (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of LUDWIG JUAREZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: December 12, 2012

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE